UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS MERCEDES,
                               Plaintiff,

               -against-

SUPPZ, INC.,
                               Defendant.
------------------------------------------------------------X

23 Civ. 7720 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated September 1, 2023, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

      WHEREAS, the initial pretrial conference is scheduled for October 25, 2023;

      WHEREAS, Defendant was served on September 7, 2023;

      WHEREAS, Defendant was required to respond to the Complaint by September 28, 2023;

      WHEREAS, Defendant has not appeared in this case and has not timely responded to the Complaint;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **November 8, 2023,** and shall explain why they have not complied with the Court's deadlines. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with the Defendants, no later than **November 8, 2023**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for

default judgment as to Defendant and related papers as provided in the Court's Individual Rules. It is further

    **ORDERED** that the initial pretrial conference scheduled for October 25, 2023, is adjourned to **November 15, 2023, at 4:20 P.M.**

Dated: October 19, 2023
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**